Case 1:12-cr-00385-ARR   Document 396   Filed 09/27/21   Page 1 of 14 PageID #: 7558

On July 22, 2021, I declined to issue a certificate of appealability in this case. I find, however, that petitioner is financially unable to pay the costs of an appeal.

So ordered.   /s/(ARR)

FILED
U.S. DISTRICT'S OFFICE
DISTRICT COURT E.D.N.Y.
SEP 23 2021
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
for the
Eastern DISTRICT OF New York

Mayes                          )
                    Petitioner, )
              Plaintiff         )
                               )      0207-1 21 cv. 4108
          v.                   )
                               )   Case No. 21-2119
USA                            )
                    Respondent, )      RECEIVED
              -Defendant        )
                               )      SEP 23 2021
                               )
                                      PRO SE OFFICE

AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

---

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Antoine Mayes

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 78351-053   9/21/21

My issues on appeal are: Whether the district erred when it denied Mayes section 2255 motion under Davis

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev 12.1.2018

09/10/2021

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NA | $ — | $ — | $ — |
| Self-employment | $ NA | $ — | $ — | $ — |
| Income from real property (such as rental income) | $ NA | $ — | $ — | $ — |
| Interest and dividends | $ NA | $ — | $ — | $ — |
| Gifts | $ NA | $ — | $ — | $ — |
| Alimony | $ NA | $ — | $ — | $ — |
| Child support | $ NA | $ — | $ — | $ — |
| Retirement (such as social security, pensions, annuities, insurance) | $ NA | $ — | $ — | $ — |
| Disability (such as social security, insurance payments) | $ NA | $ — | $ — | $ — |
| Unemployment payments | $ NA | $ — | $ — | $ — |
| Public-assistance (such as welfare) | $ NA | $ — | $ — | $ — |
| Other (specify): | $ NA | $ — | $ — | $ — |
| Total monthly income: | $ NA | $ — | $ — | $ — |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | — | — | $ — |
| NA | — | — | $ — |
| | — | — | $ — |

Rev. 12.1.2018

09/10/2021

3.  *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
|  |  |  | $ |
| N A |  |  | $ |
|  |  |  | $ |

4.  *How much cash do you and your spouse have?* $ N A

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
|  |  | $ | $ |
| N A |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| N A |  | Make and year: |
|  |  | Model: |
|  |  | Registration #: |

Rev. 12.1.2018

09/10/2021

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $   N A | (Value) $ — | (Value) $ — |
| Make and year: | — | — |
| Model: | — | — |
| Registration #: | — | — |

6.    *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N A | $ — | $ — |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N A | — | — |
| | | |
| | | |

Rev. 12.1.2018

'09/10/2021

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?   ☐ Yes ☐ No<br>Is property insurance included?   ☐ Yes ☐ No | $ *NA* | $ *NA* |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |

Rev. 12.1.2018

09/10/2021

| Alimony, maintenance, and support paid to others | $ | $ |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N A | $ — |
| Other (specify): | $ | $ — |
| **Total monthly expenses:** | $ | $ — |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes  ☒ No      If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I have been continuously incarcerated for 11 years.

12. *State the city and state of your legal residence:*  # 78351-053  U S P Allenwood Box 3000  White Deer Pa 17887

    *Your daytime phone number:*

    *Your age:* 38      *Your years of schooling:* 11th grade

Rev. 12.1.2018

## Inmate Statement

🖨 PRINT

| Inmate Reg #: | 78351053 | Current Institution: | Allenwood FCC |
| Inmate Name: | MAYES, ANTOINE | Housing Unit: | ALP-C-A |
| Report Date: | 09/16/2021 | Living Quarters: | C02-228L |
| Report Time: | 8:11:15 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 9/14/2021 2:41:37 PM | TL0914 | | | TRUL Withdrawal | ($2.00) | | $10.16 |
| ALX | 9/14/2021 1:51:47 PM | 40 | | | Sales | ($4.00) | | $12.16 |
| ALX | 9/14/2021 1:50:10 PM | 39 | | | Sales | ($76.05) | | $16.16 |
| ALX | 9/12/2021 5:33:01 PM | TL0912 | | | TRUL Withdrawal | ($2.00) | | $92.21 |
| ALX | 9/11/2021 1:59:34 PM | TL0911 | | | TRUL Withdrawal | ($2.00) | | $94.21 |
| ALX | 9/9/2021 1:47:50 PM | WCMS0821 | | | Payroll - TF | $18.00 | | $96.21 |
| ALX | 9/9/2021 1:47:45 PM | WIPP0821 | | | Payroll - IPP | $55.75 | | $78.21 |
| ALX | 9/8/2021 6:06:11 PM | TL0908 | | | TRUL Withdrawal | ($2.00) | | $22.46 |
| ALX | 9/5/2021 7:21:03 AM | TL0905 | | | TRUL Withdrawal | ($2.00) | | $24.46 |
| ALX | 9/2/2021 7:00:05 AM | TL0902 | | | TRUL Withdrawal | ($2.00) | | $26.46 |
| ALX | 8/31/2021 12:30:03 PM | 45 | | | Sales | ($29.50) | | $28.46 |
| ALX | 8/31/2021 7:08:03 AM | TL0831 | | | TRUL Withdrawal | ($2.00) | | $57.96 |
| ALX | 8/28/2021 5:04:58 PM | TL0828 | | | TRUL Withdrawal | ($2.00) | | $59.96 |
| ALX | 8/28/2021 9:48:42 AM | TL0828 | | | TRUL Withdrawal | ($2.00) | | $61.96 |
| ALX | 8/26/2021 6:51:04 AM | TL0826 | | | TRUL Withdrawal | ($2.00) | | $63.96 |
| ALX | 8/25/2021 8:28:18 PM | TL082021 | | | Pre-Release Transaction | | $50.00 | -------- |
| ALX | 8/23/2021 3:26:33 PM | TL0823 | | | TRUL Withdrawal | ($2.00) | | $65.96 |
| ALX | 8/21/2021 7:19:30 AM | TL0821 | | | TRUL Withdrawal | ($2.00) | | $67.96 |
| ALX | 8/19/2021 7:02:02 PM | TL0819 | | | TRUL Withdrawal | ($2.00) | | $69.96 |
| ALX | 8/18/2021 6:46:34 PM | TL0818 | | | TRUL Withdrawal | ($2.00) | | $71.96 |
| ALX | 8/17/2021 9:28:24 AM | 26 | | | Sales | ($42.55) | | $73.96 |
| ALX | 8/16/2021 7:44:40 AM | TL082021 | | | Pre-Release Transaction | | $40.00 | -------- |
| ALX | 8/15/2021 8:06:59 PM | TL0815 | | | TRUL Withdrawal | ($2.00) | | $116.51 |
| ALX | 8/14/2021 6:47:42 AM | TL0814 | | | TRUL Withdrawal | ($2.00) | | $118.51 |
| ALX | 8/12/2021 11:42:03 AM | TL0812 | | | TRUL Withdrawal | ($2.00) | | $120.51 |
| ALX | 8/10/2021 9:03:14 AM | 15 | | | Sales | ($42.75) | | $122.51 |
| ALX | 8/10/2021 8:35:16 AM | TL082021 | | | Pre-Release Transaction | | $30.00 | -------- |
| ALX | 8/8/2021 8:25:44 PM | TL0808 | | | TRUL Withdrawal | ($2.00) | | $165.26 |
| ALX | 8/7/2021 3:55:23 PM | TL0807 | | | TRUL Withdrawal | ($2.00) | | $167.26 |
| ALX | 8/6/2021 9:05:17 AM | WIPP0721 | | | Payroll - IPP | $25.50 | | $169.26 |
| ALX | 8/6/2021 6:53:31 AM | TL0806 | | | TRUL Withdrawal | ($2.00) | | $143.76 |
| ALX | | TL0804 | | | TRUL Withdrawal | ($2.00) | | $145.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8/4/2021 5:52:27 PM | | | | | |
| ALX | 8/3/2021 9:49:10 AM | 35 | Sales | ($5.00) | | $147.76 |
| ALX | 8/3/2021 9:48:18 AM | 34 | Sales | ($35.60) | | $152.76 |
| ALX | 8/3/2021 7:42:22 AM | TL082021 | Pre-Release Transaction | | $50.00 | —— |
| ALX | 8/3/2021 7:01:58 AM | TL0803 | TRUL Withdrawal | ($2.00) | | $188.36 |
| ALX | 8/2/2021 7:01:39 AM | TL0802 | TRUL Withdrawal | ($2.00) | | $190.36 |
| ALX | 7/30/2021 8:24:34 PM | TL0730 | TRUL Withdrawal | ($2.00) | | $192.36 |
| ALX | 7/29/2021 6:52:17 AM | TL0729 | TRUL Withdrawal | ($2.00) | | $194.36 |
| ALX | 7/27/2021 7:35:44 AM | TL0727 | TRUL Withdrawal | ($2.00) | | $196.36 |
| ALX | 7/24/2021 7:10:52 AM | TL0724 | TRUL Withdrawal | ($2.00) | | $198.36 |
| ALX | 7/22/2021 8:22:20 AM | 5 | Sales | ($70.75) | | $200.36 |
| ALX | 7/22/2021 7:05:52 AM | TL0722 | TRUL Withdrawal | ($2.00) | | $271.11 |
| ALX | 7/20/2021 5:24:44 PM | TL0720 | TRUL Withdrawal | ($2.00) | | $273.11 |
| ALX | 7/20/2021 9:22:50 AM | TL072021 | Pre-Release Transaction | | $30.00 | —— |
| ALX | 7/18/2021 1:23:24 PM | TL0718 | TRUL Withdrawal | ($2.00) | | $275.11 |
| ALX | 7/16/2021 6:53:39 AM | TL0716 | TRUL Withdrawal | ($2.00) | | $277.11 |
| ALX | 7/14/2021 10:16:29 AM | TL0714 | TRUL Withdrawal | ($2.00) | | $279.11 |
| ALX | 7/14/2021 10:16:13 AM | TL072021 | Pre-Release Transaction | | $80.00 | —— |
| ALX | 7/13/2021 8:59:07 AM | 14 | Sales | ($146.55) | | $281.11 |

1 2 3 4 5 6     **Total Transactions: 256**

| | | | | Totals: | ($149.80) | $37.99 |
|---|---|---|---|---|---|---|

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $10.15 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.16 |
| Totals: | $10.15 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.16 |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement



| | | | | | | | | Transaction | Encumbrance | |
|---|---|---|---|---|---|---|---|---|---|---|

Inmate Reg #: 78351053  
Inmate Name: MAYES, ANTOINE  
Report Date: 09/16/2021  
Report Time: 8:10:26 AM  

Current Institution: Allenwood LCC  
Housing Unit: ALP-6-A  
Living Quarters: C02-228l

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 7/13/2021 6:54:33 AM | TI.072021 | | | Pre-Release Transaction | | $50.00 | -------- |
| ALX | 7/13/2021 6:54:00 AM | TI.072021 | | | Pre-Release Transaction | | ($30.00) | -------- |
| ALX | 7/13/2021 6:52:38 AM | TI.0713 | | | TRUL Withdrawal | ($2.00) | | $427.66 |
| ALX | 7/13/2021 6:48:13 AM | TI.072021 | | | Pre-Release Transaction | | $38.00 | -------- |
| ALX | 7/11/2021 10:07:37 PM | 33321192 | | | Western Union | $40.00 | | $429.66 |
| ALX | 7/11/2021 10:07:37 PM | 33321192 | | | Pre-Release Transaction | | ($8.00) | -------- |
| ALX | 7/11/2021 9:33:32 AM | TI.0711 | | | TRUL Withdrawal | ($2.00) | | $389.66 |
| ALX | 7/8/2021 11:10:11 AM | WIPP0621 | | | Payroll - IPP | $23.80 | | $391.66 |
| ALX | 7/8/2021 7:13:13 AM | TI.0708 | | | TRUL Withdrawal | ($2.00) | | $367.86 |
| ALX | 7/5/2021 5:28:50 PM | TI.0705 | | | TRUL Withdrawal | ($2.00) | | $369.86 |
| ALX | 7/2/2021 7:19:59 PM | TI.0702 | | | TRUL Withdrawal | ($2.00) | | $371.86 |
| ALX | 6/29/2021 10:02:38 AM | 59 | | | Sales | ($49.70) | | $373.86 |
| ALX | 6/28/2021 10:34:32 AM | TI.0628 | | | TRUL Withdrawal | ($2.00) | | $423.56 |
| ALX | 6/25/2021 7:08:53 AM | TI.0625 | | | TRUL Withdrawal | ($2.00) | | $425.56 |
| ALX | 6/22/2021 2:09:50 PM | TI.0622 | | | TRUL Withdrawal | ($2.00) | | $427.56 |
| ALX | 6/15/2021 9:01:44 AM | 13 | | | Sales | ($104.05) | | $429.56 |
| ALX | 6/12/2021 7:14:34 AM | TI.0612 | | | TRUL Withdrawal | ($2.00) | | $533.61 |
| ALX | 6/9/2021 6:53:42 PM | TI.0609 | | | TRUL Withdrawal | ($2.00) | | $535.61 |
| ALX | 6/9/2021 12:52:17 PM | 53 | | | Sales | ($40.00) | | $537.61 |
| ALX | 6/6/2021 5:16:40 PM | TI.0606 | | | TRUL Withdrawal | ($2.00) | | $577.61 |
| ALX | 6/5/2021 7:27:48 AM | TI.0605 | | | TRUL Withdrawal | ($2.00) | | $579.61 |
| ALX | 6/3/2021 1:03:41 PM | WIPP0521 | | | Payroll - IPP | $23.80 | | $581.61 |
| ALX | 6/3/2021 6:38:44 AM | TI.0603 | | | TRUL Withdrawal | ($2.00) | | $557.81 |
| ALX | 6/1/2021 8:50:16 AM | 28 | | | Sales | ($59.90) | | $559.81 |
| ALX | 6/1/2021 6:43:26 AM | TI.0601 | | | TRUL Withdrawal | ($2.00) | | $619.71 |
| ALX | 5/30/2021 6:26:38 PM | TI.0530 | | | TRUL Withdrawal | ($2.00) | | $621.71 |
| ALX | 5/28/2021 5:42:46 PM | TI.0528 | | | TRUL Withdrawal | ($2.00) | | $623.71 |
| ALX | 5/26/2021 8:25:26 PM | TI.0526 | | | TRUL Withdrawal | ($2.00) | | $625.71 |
| ALX | 5/25/2021 9:23:58 AM | 22 | | | Sales | ($90.00) | | $627.71 |
| ALX | 5/24/2021 7:32:39 AM | TI.0524 | | | TRUL Withdrawal | ($2.00) | | $717.71 |
| ALX | 5/23/2021 2:07:02 PM | 33321143 | | | Western Union | $200.00 | | $719.71 |
| ALX | | 33321143 | | | | | ($40.00) | -------- |

| | | | | | |
|---|---|---|---|---|---|
| | 5/23/2021 2:07:02 PM | | Pre-Release Transaction | | |
| ALX | 5/22/2021   TL0522 11:55:23 AM | | TRUL Withdrawal | ($2.00) | $519.71 |
| ALX | 5/20/2021 6:27:41 TL0520 AM | | TRUL Withdrawal | ($2.00) | $521.71 |
| ALX | 5/18/2021 8:46:52 21 AM | | Sales | ($78.55) | $523.71 |
| ALX | 5/17/2021 7:57:54 TL0517 PM | | TRUL Withdrawal | ($2.00) | $602.26 |
| ALX | 5/15/2021 9:35:39 TL0515 AM | | TRUL Withdrawal | ($2.00) | $604.26 |
| ALX | 5/12/2021 8:25:25 TL0512 AM | | TRUL Withdrawal | ($2.00) | $606.26 |
| ALX | 5/11/2021 7:52:45 10 AM | | Sales | ($86.90) | $608.26 |
| ALX | 5/9/2021 10:07:40 3321129 PM | | Western Union | $50.00 | $695.16 |
| ALX | 5/9/2021 10:07:40 3321129 PM | | Pre-Release Transaction | ($10.00) | -------- |
| ALX | 5/9/2021 6:45:00 TL0509 PM | | TRUL Withdrawal | ($2.00) | $645.16 |
| ALX | 5/8/2021 6:35:07 TL0508 | | TRUL Withdrawal | ($2.00) | $647.16 |
| ALX | 5/7/2021 8:25:16 WIPP0421 AM | | Payroll - IPP | $20.40 | $649.16 |
| ALX | 5/6/2021 7:29:15 TL0506 AM | | TRUL Withdrawal | ($2.00) | $628.76 |
| ALX | 5/4/2021 8:55:19 17 AM | | Sales | ($93.25) | $630.76 |
| ALX | 5/3/2021 7:37:56 TL0503 AM | | TRUL Withdrawal | ($2.00) | $724.01 |
| ALX | 5/3/2021 5:49:48 4768 AM | | BP 199 Request - Released | $500.00 | -------- |
| ALX | 5/3/2021 5:49:48 4768   4290 AM | | Gift | ($500.00) | $726.01 |
| ALX | 5/3/2021 5:49:40 4767 AM | | BP 199 Request - Released | $30.00 | -------- |

1 2 3 4 5 6

**Total Transactions: 256**

| | | | |
|---|---|---|---|
| | | Totals: | ($149.80) $37.99 |

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $10.15 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.16 |
| Totals: | $10.15 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.16 |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

## Inmate Statement

🖨 **PRINT**

| | | | |
|---|---|---|---|
| Inmate Reg #: | 78351053 | Current Institution: | Allenwood FCC |
| Inmate Name: | MAYES, ANTOINE | Housing Unit: | ALP-C-A |
| Report Date: | 09/16/2021 | Living Quarters: | C02-228L |
| Report Time: | 8:10:35 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | 5/3/2021 5:49:40 AM | 4767 | 4289 | | Gift | ($30.00) | | $1,226.01 |
| ALX | 4/29/2021 9:13:47 AM | TL0429 | | | TRUL Withdrawal | ($2.00) | | $1,256.01 |
| ALX | 4/27/2021 7:59:47 AM | 4714 | | | Sales | ($4.00) | | $1,258.01 |
| ALX | 4/27/2021 7:57:39 AM | 4713 | | | Sales | ($147.75) | | $1,262.01 |
| ALX | 4/27/2021 7:06:23 AM | 4768 | | | BP 199 Request | | ($500.00) | -------- |
| ALX | 4/27/2021 7:05:40 AM | 4767 | | | BP 199 Request | | ($30.00) | -------- |
| ALX | 4/27/2021 7:03:07 AM | TL0427 | | | TRUL Withdrawal | ($2.00) | | $1,409.76 |
| ALX | 4/23/2021 8:58:47 AM | TL0423 | | | TRUL Withdrawal | ($2.00) | | $1,411.76 |
| ALX | 4/22/2021 5:23:31 PM | 70132201 | | | Lockbox - CD | $1,400.00 | | $1,413.76 |
| ALX | 4/22/2021 5:23:31 PM | 70132201 | | | Pre-Release Transaction | | ($280.00) | -------- |
| ALX | 4/20/2021 10:33:43 AM | TL0420 | | | TRUL Withdrawal | ($2.00) | | $13.76 |
| ALX | 4/20/2021 7:39:29 AM | 6 | | | Sales | ($24.55) | | $15.76 |
| ALX | 4/14/2021 7:58:14 PM | TL0414 | | | TRUL Withdrawal | ($2.00) | | $40.31 |
| ALX | 4/9/2021 12:10:28 PM | TL0469 | | | TRUL Withdrawal | ($2.00) | | $42.31 |
| ALX | 4/9/2021 8:10:12 AM | WCMS0321 | | | Payroll - TF | $18.00 | | $44.31 |
| ALX | 4/9/2021 8:10:09 AM | WIPP0321 | | | Payroll - IPP | $25.50 | | $26.31 |
| ALX | 4/6/2021 10:17:45 AM | 32 | | | Sales | ($161.70) | | $0.81 |
| ALX | 4/6/2021 7:08:41 AM | TL042021 | | | Pre-Release Transaction | | $38.00 | -------- |
| ALX | 4/5/2021 1:08:12 PM | 33321095 | | | Western Union | $90.00 | | $162.51 |
| ALX | 4/5/2021 1:08:12 PM | 33321095 | | | Pre-Release Transaction | | ($18.00) | -------- |
| ALX | 4/4/2021 7:35:25 AM | TL0404 | | | TRUL Withdrawal | ($2.00) | | $72.51 |
| ALX | 4/3/2021 10:30:47 AM | TL0403 | | | TRUL Withdrawal | ($2.00) | | $74.51 |
| ALX | 4/1/2021 8:18:45 AM | TL0401 | | | TRUL Withdrawal | ($2.00) | | $76.51 |
| ALX | 3/31/2021 7:25:04 AM | TL0331 | | | TRUL Withdrawal | ($2.00) | | $78.51 |
| ALX | 3/30/2021 10:01:15 AM | 58 | | | Sales | ($81.60) | | $80.51 |
| ALX | 3/28/2021 6:06:19 PM | TL0328 | | | TRUL Withdrawal | ($2.00) | | $162.11 |
| ALX | 3/27/2021 12:07:05 PM | 33321086 | | | Western Union | $100.00 | | $164.11 |
| ALX | 3/27/2021 12:07:05 PM | 33321086 | | | Pre-Release Transaction | | ($20.00) | -------- |
| ALX | 3/26/2021 1:19:42 PM | TL0326 | | | TRUL Withdrawal | ($2.00) | | $64.11 |
| ALX | 3/24/2021 12:50:11 PM | TL0324 | | | TRUL Withdrawal | ($2.00) | | $66.11 |
| ALX | 3/22/2021 5:27:42 AM | 3314 | | | BP 199 Request - Released | | $500.00 | -------- |
| ALX | | 3314 | 3261 | | Gift | ($500.00) | | $68.11 |

| | 3/22/2021 5:27:42 AM | | | | |
|---|---|---|---|---|---|
| ALX | 3/21/2021 7:23:20 TL0321 AM | TRUL Withdrawal | ($5.00) | | $568.11 |
| ALX | 3/19/2021 7:11:12 TL0319 PM | TRUL Withdrawal | ($2.00) | | $573.11 |
| ALX | 3/17/2021 6:57:25 TL0317 AM | TRUL Withdrawal | ($2.00) | | $575.11 |
| ALX | 3/16/2021 9:41:55 562 AM | Sales | ($38.00) | | $577.11 |
| ALX | 3/16/2021 7:05:32 3314 AM | BP 199 Request | | ($500.00) | -------- |
| ALX | 3/16/2021 7:04:31 TL032021 AM | Pre-Release Transaction | | $120.00 | -------- |
| ALX | 3/15/2021 9:28:23 TL0315 AM | TRUL Withdrawal | ($2.00) | | $615.11 |
| ALX | 3/12/2021 7:36:34 TL0312 PM | TRUL Withdrawal | ($2.00) | | $617.11 |
| ALX | 3/11/2021 5:07:20 70129201 AM | Lockbox - CD | $600.00 | | $619.11 |
| ALX | 3/11/2021 5:07:20 70129201 AM | Pre-Release Transaction | | ($120.00) | -------- |
| ALX | 3/10/2021 3:32:22 TL0310 PM | TRUL Withdrawal | ($2.00) | | $19.11 |
| ALX | 3/9/2021 8:21:13  2 AM | Sales | ($23.25) | | $21.11 |
| ALX | 3/8/2021 7:59:22  TL0308 PM | TRUL Withdrawal | ($2.00) | | $44.36 |
| ALX | 3/8/2021 2:57:24  TL032021 PM | Pre-Release Transaction | | $20.00 | -------- |
| ALX | 3/7/2021 6:44:55  TL0307 PM | TRUL Withdrawal | ($2.00) | | $46.36 |
| ALX | 3/5/2021 9:11:10  TL0305 AM | TRUL Withdrawal | ($2.00) | | $48.36 |
| ALX | 3/5/2021 9:01:33  WIPP0221 AM | Payroll - IPP | $23.80 | | $50.36 |
| ALX | 3/3/2021 2:34:01  TL0303 PM | TRUL Withdrawal | ($2.00) | | $26.56 |

1 2 3 4 5 6      **Total Transactions: 256**

|  |  | Totals: | ($149.80) | $37.99 |
|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALX | $10.15 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.16 |
| Totals: | $10.15 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.16 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |



Antoine Mayes 78351-053
U.S.P. Allenwood
P.O. Box 3000
WhiteDeer, PA 17887

Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Mailed From US Penitentiary

U.S. POSTAGE PAID
FCM LG ENV
WHITE DEER, PA
17887
SEP 23, 21
AMOUNT

$0.00
R2305C138972-03

1000                    1:1201

United Stat

The enclosed letter w
procedures for forwar
opened nor inspected
problem over which th
to return the material f
the writers encloses co
another address, pleas
address.

Legal Mail

7018 036

SEP 2 2 2021

Case 1:12-cr-00385-ARR   Document 396-1   Filed 09/27/21   Page 1 of 1 PageID #: 7572

09/10/2021

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

Mayes, Antoine

    Petitioner

    v.

USA    Respondent

**CERTIFICATE OF SERVICE***

RECEIVED
SEP 23 2021
PRO SE OFFICE

Docket No. 0207-1 21 cv. 4108

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 23 2021   ★

BROOKLYN OFFICE

I, Antoine Mayes , hereby certify under penalty of perjury that
        (print name)

on 9/21/21 , I served a copy of Affidavit Accompanying
     (date)

Motion For Permission to appeal In forma pauperis
                              (list all documents)

by (select all applicable)**

___ Personal Delivery      ✓ United States Mail      ___ Federal Express or other
                                                          Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

AUSA David C James 271 CADMAN Plaza East Brooklyn NY 11201

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
|      |         |      |       |          |
|      |         |      |       |          |
|      |         |      |       |          |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

9/21/21                          Antoine Mayes
Today's Date                        Signature

Certificate of Service Form (Last Revised 12/2015)