12CR385

Honorable Allyne R Ross
US District Court Judge
Eastern District of NY
RE: Antoine Mayes #78351053
Compassionat Release Motion
CR-12-385.

To: Whom it may concern.

I Jeanna Watson is writing this letter on behalf of Antoine Mayes #78351053. I have known Mr Mayes for over 20 yrs. I am the grandmother of his eldest 2 children Antione and Asia Mayes. Myself and Mr Mayes are very close. he talks and confides in me and I know for a fact that if he could do certain things over which led him to be in this Situation he would and I certainly wouldn't be writing this letter to you today.

What Bothers Mr Mayes the most is that he's not there to be the influence that he needs to be in his childrens lives. He wants to see his children graduate, he wants to be able to walk his daughter down the isle if and when that day comes.

When he speaks to his son Antoine Jr he expresses very strongly how education is very important he tells him don't be a

a statistic of the streets because theres nothing promising, positive or beneficial hanging out in the streets, he tells him to be somebody that makes a difference he tell him I need and want for you to be a influential person a leader not a follower someone his children can look up to and learn from it saddness him that he has miss so much of his childrens lives, his daughters sweet 16 the Death of Both grandmothers, his father the best part taken lesson learned to be a great role model and regrets of his past mistakes. Mr Mayes Mother whose relatives as well as myself are all in his corner and believes he has a very different aspect on life. We all believe that being incorcerated has really allowed Mr Mayes to value his freedom and not allow himself to ever get caught up in any situation or circumstance that could deapardise his freedom. Mr Mayes is very remorseful that he allowed himself to be in this situation. However everyone deserves a second chance and No one

is perfect. So my prayer is that you find it in your heart to grant Mr Mayes with an opportunity to make a Differance, to be a better person and positive role model, father son and friend whom is very loved and missed.

Thank you for your time
Jeanna Watson